APPEAL No. 73-118. RAYMOND CONSTRUCTION COMPANY, INC. *v.* RICHARD BISBANO *et al. v.* ARTHUR RODERICK. Motion of plaintiff-appellant to assign is granted and the matter assigned to the continuous argument list. Defendants are allowed 15 days from date of order in which to file their brief, and no further extension of time for filing same will be granted. Roberts, C. J. not participating. *Swan, Keeney, Jenckes & Asquith, Conrad M. Cutcliffe; Ralph DeLuca, Richard B. Tucker,*

*Rhode Island Legal Services, Inc.,* for Julie Weber, Katherine Moore and Virginia Baggett, plaintiffs. *Anthony R. Berretto,* for Bristol Housing Authority; *Emilio D. Iannuccillo,* for Town of Bristol, defendants.